**No. 10-5441. John R. Lane-El, Petitioner v. Mark Sevier, Superintendent, Miami Correctional Facility.**

562 U.S. 1088, 131 S. Ct. 696, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9269.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 922, 131 S. Ct. 300, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7638.

**No. 10-5462. Joe Teague, Petitioner v. North Carolina Department of Transportation.**

562 U.S. 1088, 131 S. Ct. 696, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9145.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 923, 131 S. Ct. 303, 178 L. Ed. 2d 197, 2010 U.S. LEXIS 7222.

**No. 10-5561. Messiah Ali Bey, Petitioner v. I.B.E.W. Local Union #3 Union Representatives, et al.**

562 U.S. 1088, 131 S. Ct. 696, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9080.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 929, 131 S. Ct. 318, 178 L. Ed. 2d 208, 2010 U.S. LEXIS 7471.

**No. 10-5594. Mattie Turner, Petitioner v. Bobbie Edmonds.**

562 U.S. 1088, 131 S. Ct. 696, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9138.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 930, 131 S. Ct. 324, 178 L. Ed. 2d 210, 2010 U.S. LEXIS 7210.

**No. 10-5637. Anna M. Buenrostro, Petitioner v. Department of Justice.**

562 U.S. 1088, 131 S. Ct. 696, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9188.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 932, 131 S. Ct. 330, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7429.

**No. 10-5643. Maria Calderon, Petitioner v. Evergreen Owners, Inc., et al.**

562 U.S. 1088, 131 S. Ct. 697, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9213.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 933, 131 S. Ct. 331, 178 L. Ed. 2d 215, 2010 U.S. LEXIS 7263.

**No. 10-5667. Rajul Ruhbayan, Petitioner v. United States.**

562 U.S. 1088, 131 S. Ct. 697, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9143.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 934, 131 S. Ct. 334, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7322.